UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
    VONE WYNN,

                      Petitioner,

          -against-                        11-CV-3650 (VSB)

    WILLIAM LEE,                         **ORDER**

                      Respondent.
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

On September 11, 2019, I entered an order directing the parties to submit a joint letter, providing an update no later than November 19, 2019 as to the status of an application made by Petitioner pursuant to New York Criminal Procedure Law § 440.10. (Doc. 135.) To date, although Petitioner has attempted to communicate with Respondent in order to update the Court, (*see* Doc. 136), Respondent has not assisted Petitioner or participated in the status update. I note that this is the second time Respondent has failed to timely comply with an order, and in my last order I explicitly instructed Respondent "that Petitioner's status as a pro se, incarcerated litigant does not excuse Respondent from the obligation to submit joint updates." (Doc. 135.) Accordingly, it is hereby:

ORDERED that, no later than November 27, 2019, Respondent shall submit a letter that: (1) provides an update on the status of Petitioner's application; and (2) demonstrates good cause for its failure to comply with my September 11, 2019 order.

SO ORDERED.

Dated: November 20, 2019
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge