UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VONE WYNN,

                Petitioner,

-against-

WILLAIM LEE,

                Respondent.
-----------------------------------------------------------X

11 CIVIL 3650 (VSB)(SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 13, 2020, Judge Aaron's Report and Recommendation is ADOPTED in its entirety. The petition for a writ of habeas corpus is DENIED. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c); accordingly, the case is closed.

**Dated:** New York, New York

       May 14, 2020

                                                        **RUBY J. KRAJICK**

                                                        Clerk of Court

                              **BY:**

                                                        Deputy Clerk