UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
VONE WYNN,                                               :
:
                           Petitioner,   :
:  11-CV-3650 (VSB)
        -v-                                     :
:          ORDER
WILLIAM LEE,                                             :
:
                           Respondent.  :
:
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021

VERNON S. BRODERICK, United States District Judge:

      In light of my May 14, 2020 Opinion and Order adopting Judge Aaron's Report and Recommendation, (Doc. 92), in its entirety and denying the petition for a writ of habeas corpus, (Doc. 149), and the Court of Appeal's dismissal of Petitioner's appeal and denial of his motion for a certificate of appealability on June 21, 2021, (Doc. 156), Petitioner's application is DENIED.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Petitioner.

      SO ORDERED.

Dated:  August 20, 2021
           New York, New York

                                                Vernon S. Broderick
                                                United States District Judge